**Order entered April 7, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00103-CV

### IN THE INTEREST OF E.D.E.L., A CHILD

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-30070-2020**

### ORDER

Before the Court is Father's April 5, 2022 motion for a ten-day extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than April 15, 2022.

/s/    DAVID J. SCHENCK
        JUSTICE